```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
SARAH JULIANA STRAEHLE,

                    Plaintiff,
                                                ORDER
         -against-                              10-CV-2120(JS)

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
----------------------------------x
APPEARANCES:

For Plaintiff:      Sarah Juliana Straehle, Pro Se
                    32 Chestnut Street
                    Garden City, New York 11530

For Defendant:      No appearance.
```

SEYBERT, District Judge:

Pending before the Court is the application to proceed in forma pauperis of plaintiff Sarah Juliana Straehle ("Plaintiff"). Plaintiff filed a Complaint pursuant to Section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), seeking review of the final decision of the Defendant Commissioner of Social Security denying Plaintiff's claim for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §§ 401 et seq.

Upon review of the declaration accompanying Plaintiff's application, I find that Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fee. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed in forma pauperis is granted. The United States Marshal

Service is directed to serve the Complaint upon the Defendant without prepayment of the filing fee.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: June   22  , 2010
       Central Islip, New York